## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 81 CR 293 | **DATE** | 8/14/2008 |
| **CASE TITLE** | USA vs. Jesse Trevino | | |

**DOCKET ENTRY TEXT**

Hearing held on bench warrant return. Enter Order appointing Mary Judge as counsel for the defendant for hearing on bench warrant return only. The defendant is remanded forthwith into the custody of the Federal Bureau of Prisons to begin serving his sentence.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|